UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:05-CR-00108-PMP-PAL |
| ) | |
| v. ) | |
| ) | |
| DELVEN RASBERRY, ) | O R D E R |
| ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Rasberry's Motion to Suppress Evidence Seized as a Result of Search by Officers of State of Nevada Parole and Probation (#15). On March 27, 2006, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report and Recommendation (#25) recommending the denial of Defendant's above-referenced Motion. Objections (#26) were filed on April 7, 2006, by Defendant pursuant to LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, to which the Government Responded (#27) on April 17, 2006.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that Magistrate Judge Leen's Report and Recommendation should be affirmed.

\\\\\

\\\\\

1   IT IS THEREFORE ORDERED that the Report and Recommendation of
2 Magistrate Judge Leen entered April 17, 2006 (#25) is affirmed and Defendant Rasberry's
3 Motion to Suppress Evidence Seized as a Result of Search by Officers of State of Nevada
4 Parole and Probation (#15 ) is denied.

6 DATED:  April 19, 2006

_____
PHILIP M. PRO
Chief United States District Judge

2