UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELVEN EARL RASPBERRY,<br><br>Defendant. | 2:05-CR-00108-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendant Raspberry's Motion for Modification of a Sentence by a Person in Federal Custody (Doc. #71), filed on December 13, 2010. Having read and considered Defendant's Motion and the Government's Response in Opposition thereto (Doc. #72), and finding that the statute relied upon by Defendant is not retroactive, and good cause appearing,

**IT IS ORDERED that** Defendant Raspberry's Motion for Modification of a Sentence by a Person in Federal Custody (Doc. #71) is **DENIED**.

DATED: January 24, 2011.

PHILIP M. PRO
United States District Judge