✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DELVEN EARL RASBERRY ) | Case No: 2:05-CR-108-PMP-PAL |
| ) | USM No: 40121-048 |
| Date of Previous Judgment: 11/25/2009 ) | Paul Riddle, AFPD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __140__ months **is reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __29__       Amended Offense Level: __27__
Criminal History Category: __V__     Criminal History Category: __V__
Previous Guideline Range: __140__ to __175__ months   Amended Guideline Range: __120__ to __150__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏  Other (explain):

**III. ADDITIONAL COMMENTS**

If the Bureau of Prisons determines this results in time served, then the Court Orders defendant be released ten days from the Order date below to allow the BOP to complete release planning, conduct the violent sexual offender assessment mandated by law, and obtain any DNA samples, as required by law.

Except as provided above, all provisions of the judgment dated __11/25/2009__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __4/5/2012__                                                   _/s/ Philip M. Pro_
                                                                                                    Judge's signature

Effective Date: _____                      PHILIP M. PRO, UNITED STATES DISTRICT
                 (if different from order date)                              Printed name and title